UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

YENSY CONTRERAS, Individually, and On
Behalf of All Others Similarly Situated,

                            Plaintiff,

     vs.

RUGSUSA, LLC,

                          Defendant.

———————————————————— x

Case No. 1:22-cv-00062-RA

**STIPULATION OF DISMISSAL**

    **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  June 23, 2022

                                           **MIZRAHI KROUB LLP**

                                         EDWARD Y. KROUB
                                         JARRETT S. CHARO
                                         WILLIAM J. DOWNES
                                         200 Vesey Street, 24th Floor
                                         New York, NY  10281
                                         Telephone:  212/595-6200
                                         212/595-9700 (fax)
                                         jmizrahi@mizrahikroub.com
                                         jcharo@mizrahikroub.com
                                         wdownes@mizrahikroub.com

                                         *Attorneys for Plaintiff*

DATED:  June 23, 2022

**THE KARLIN LAW FIRM LLP**

Michael Joseph Karlin
13522 Newport Ave. Suite 201
Tustin, CA 92780
714-731-3283
Email: staff@karlinlaw.com

*Attorney for Defendant*

SO ORDERED.

Hon. Ronnie Abrams
06/24/22